People of the State of Illinois, Plaintiff-Appellee, v. Albert Teggelaar, et al., Defendants-Appellants.

Gen. Nos. 50,231–50,243. 

First District, Third Division.

March 9, 1967.

Joseph I. Bulger, of Chicago, for appellants; Daniel P. Ward, State's Attorney of Cook County, of Chicago, for appellee.

Opinion by JUSTICE SCHWARTZ. Not to be published in full.